No. 80–5963.  HOLMES *v.* ORR, SECRETARY OF THE AIR FORCE, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 80–5964.  PHIPPS *v.* BROWN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 80–5967.  MOORE, AKA WARD *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 80–5968.  ROHL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 80–5970.  HALE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 80–5973.  FAISON ET UX. *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 80–5974.  ELIASON *v.* CHRISTLEY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 80–5975.  SMITH *v.* WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 80–5976.  IVORY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 80–5978.  BROWN *v.* LOGGINS, CORRECTIONAL SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 80–5979.  HARRIS *v.* PETERSON.  Ct. App. Ore.  Certiorari denied.

No. 80–5983.  OSBORNE *v.* UNITED STATES  C. A. 6th Cir.  Certiorari denied.

No. 80–5984.  MUCCIE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.